GILLESPIE v. DRAUGHN and GILLESPIE v. DRAUGHN

No. 135 PC.

Case below: 54 N.C. App. 413.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 12 January 1982.

GREENE v. MURDOCK

No. 75 PC.

Case below: 53 N.C. App. 552.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 12 January 1982.

HARRELL v. WHISENANT

No. 72 PC.

Case below: 53 N.C. App. 615.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 12 January 1982.

HARRIS v. RACING, INC. and HYDE v. RACING, INC.

No. 105 PC.

Case below: 53 N.C. App. 597.

Petition by defendant for discretionary review under G.S. 7A-31 denied 12 January 1982.

HEMRIC v. MANUFACTURING CO.

No. 136 PC.

Case below: 54 N.C. App. 314.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 12 January 1982.